JAMES & EASTMAN VS. THE HEIRS OF T. GRAY — Error from Harrison County.

To authorize the service of notice of a writ of error upon the attorney of the defendant in error, it should be alleged in the application for the writ that the residence of the defendant was not known. [10 Tex. 270, 290, 352; 12 Tex. 94; 16 Tex. 516.]

A motion was made in this case to dismiss the writ of error because the citation was not served upon the defendants in error, who were the plaintiffs in the court below. The citation appears to have been served on their attorney in the district court.

WEBB for the motion.

MORRILL contra.

Mr. Justice LIPSCOMB:

The citation appears to have been served on the attorneys of record, but there is no evidence that the place of residence of the defendants was not known. They may have resided in an adjoining county for aught that appears to the contrary. It seems that the plaintiff in error, if the residence of the defendants was not known, should so have alleged in his application for the writ to authorize its service on the attorney.

The motion to dismiss is granted.